UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:05-PO-004 (GHL)

**BRIDGET L. DELLAROCCO**

_____None_____
Attorney for Defendant

SEP 3 0 2005

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s) 1

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle with a suspended license, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 511.2 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** March 15, 2005.

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $150.00, payable immediately. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

_September 27, 2005_
Date of Imposition of Sentence

_September 30, 2005_
DATE SIGNED

_[signature]_
GEORGE H. LOWE
U.S. Magistrate Judge